UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANGIE JONES,

    Plaintiff,

v.                                                           Case No: 8:23-cv-2676-KKM-JSS

WAL-MART STORES EAST, LP,

    Defendant.
_____/

**ORDER**

    The parties jointly move the court for entry of an agreed-upon confidentiality order governing the exchange of confidential information in this matter. (Motion, Dkt. 31.) The parties attached the proposed order to their Motion. *See* (Dkt. 31-1.) Upon consideration, the Motion is granted in part.

    Federal Rule of Civil Procedure 26(c) provides that a court may, for good cause, issue an order to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense, including requiring that a trade secret or other confidential research, development, or commercial information may not be revealed or be revealed only in a specified way. Fed. R. Civ. P. 26(c)(1)(G). District courts have broad discretion in issuing protective orders "to expedite the flow of discovery material, promote the prompt resolution of disputes over confidentiality, and facilitate the preservation of material deemed worthy of protection." *In re Alexander Grant & Co. Litig.*, 820 F.2d 352, 356–57 (11th Cir. 1987).

Upon consideration:

1. The parties Joint Motion for Entry of Agreed Confidentiality Order (Dkt. 31) is **GRANTED in part**.

2. The proposed agreed confidentiality order (Dkt. 31-1) is approved and incorporated herein, except to the extent that it imposes any obligation on or attempts to bind the court or its personnel in any way. Additionally, this order makes no finding with respect to any party's right to file information under seal. For any information that the parties wish to file under seal, they shall file the appropriate motion in accordance with Middle District of Florida Local Rule 1.11.

3. The court's jurisdiction to enforce the terms of the proposed agreed confidentiality order shall terminate upon a final determination of this action.

**ORDERED** in Tampa, Florida, on February 26, 2024.

JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record